UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| VIRGINIA POLK, ET AL., | CASE NO. 2:25-cv-01856-DJC-SCR |
| Plaintiffs, | **ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(A))** |
| v. | |
| AMERICAN WELL, | Complaint Filed: July 1, 2025 |
| Defendant. | Honorable Judge Daniel J. Calabretta |

**ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 28 DAYS**

(2:25-CV-01856-DJC-SCR)

**ORDER**

The Court, having reviewed and considered the [CORRECTED] JOINT STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 28 DAYS (LOCAL RULE 144(A)) and good cause appearing therefore, hereby orders that Defendant's response to Plaintiff's Complaint shall now be due on or before August 29, 2025.

**IT IS SO ORDERED.**

Dated:  July 31, 2025                              /s/ Daniel J. Calabretta
                                                                THE HONORABLE DANIEL J. CALABRETTA
                                                                UNITED STATES DISTRICT JUDGE